PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: William Gilliam	Cr.: 10-00088-001
	PACTS #: 55019

Name of Sentencing Judicial Officer: THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/23/2010

Original Offense: Unlawful Transport of Firearms - Etc., 18 U.S.C. 922G.F

Original Sentence: 110 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Substance Abuse Testing, Alcohol Restrictions

Type of Supervision: Supervised Release	Date Supervision Commenced: 06/16/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number	Nature of Noncompliance

1	On September 10, the offender tested positive for marijuana. Mr. Gilliam willingly admitted that he smoked marijuana to relieve his stress associated with breaking up with his girlfriend, having to secure housing, and attempting to secure a better paying job. He was compliant with the undersigned officer's directives to participate in an adjustment session to further discuss his drug use.

U.S. Probation Officer Action:
An adjustment session was held with the undersigned officer, a supervisor, and the offender. As noted above, the offender reported that he was feeling stressed and admittedly smoked marijuana to deal with the stress. Healthy coping mechanisms were discussed and the offender plans to work on maintaining his sobriety. Supervision efforts, including random drug testing, will be increased.

Respectfully submitted,

By: Erika M. Arnone
U.S. Probation Officer
Date: 10/04/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/8/19
_____
Date