# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: William Gilliam                                                              Cr.: 10-00088-001
                                                                                                                           PACTS #: 55019

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                                                    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/23/2010

Original Offense:    Count One: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 110 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/11/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states, **'You must not unlawfully possess a controlled substance.'**<br><br>On May 29, 2021, Gilliam tested positive for the use of marijuana. Following the positive test, Gilliam admitted to continued use of edible marijuana, most recently on May 15, 2021. |

U.S. Probation Officer Action:

No formal court action is being sought at this time. Gilliam admitted using marijuana for most of his life and is finding difficulty ceasing the use. Gilliam was referred for substance abuse treatment and expressed a willingness to comply with all treatment recommendations. The probation office will continue to monitor Gilliam's compliance throughout his treatment, increase drug use monitoring, and will update the Court accordingly.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By:   MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

_____
ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Katharine S. Hayden
_____
Signature of Judicial Officer

June 24, 2021
_____
Date